IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 31  P 5: 23

CLERK
S. DIST. OF GA.

CALVIN L. HILL, )
)
    Plaintiff, )
)
v. )  CIVIL ACTION NO.: CV204-127
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

After a careful review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

This case is **REMANDED** to the Commissioner, pursuant to Sentence six of 42 U.S.C. § 405(g).

SO ORDERED, this 31st day of October, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)