AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN L. HILL

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-127

JO ANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff having moved this Court for an Order to enter judgment in his favor, and Plaintiff having filed a copy of a fully favorable decision entered by the Social Security Administration, and judgment be entered in favor of Plaintiff, CALVIN L. HILL and that this case be dismissed.

| 2/2/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
|  | *[signature]* |
|  | (By) Deputy Clerk |

GAS Rev 10/1/03